# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**MICHAEL TERRELL,**                CASE NO. 3:12-cv-330

    Plaintiff,                    **Judge Timothy S. Black**

    -vs-

**COMMISSIONER OF
SOCIAL SECURITY,**

    Defendant.

_____

### JUDGMENT IN A CIVIL CASE
_____

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the ALJ'S Non-Disability Finding is **FOUND SUPPORT BY SUBSTANTIAL EVIDENCE** and **AFFIRMED**; and that the case is **CLOSED** from the docket of the Court.

Date: July 1, 2013                             **JOHN P. HEHMAN, CLERK**

                                                               By: *s/ M. Rogers*
                                                                Deputy Clerk